**REYNOLDS, CARONIA, GIANELLI & LA PINTA**, L.L.P.
ATTORNEYS AT LAW
35 ARKAY DRIVE • PO BOX 11177
HAUPPAUGE, NEW YORK 11788

631 231-1199

FAX: 631 231-1344

JAMES T. REYNOLDS
PETER R. CARONIA
PAUL GIANELLI
ANTHONY M. LA PINTA

CATHERINE E. MILLER
MICHAEL E. FEHRINGER
CHRISTOPHER B. ABBOTT

OF COUNSEL:

JOHN J.J. JONES
  JUSTICE, N.Y.S. SUPREME COURT (RET.)
MORTON WEISSMAN
  JUDGE, SUFFOLK COUNTY COURT (DEC.)
JOHN T. CATTERSON
CHRISTOPHER J. PURCELL

**VIA ECF**

March 14, 2012

The Honorable Arthur D. Spatt
Federal District Court, EDNY
Alfonse M. D'Amato Federal Building
110 Federal Plaza
Central Islip, New York  11722

    Re:  **USA v. Darius Lowery**
          10 CR 00622 - S 5 (ADS)

Dear Judge Spatt:

    Kindly accept this request for a FRCP Rule 29(c) motion for a judgement of acquittal.

    Simply stated, the defendant renews his general objection that the evidence is insufficient and that no rational jury could have found the defendant guilty of the crimes charged in the indictment.

    Thank you for your attention herein.

Very truly yours,

ANTHONY M. LA PINTA

AML:mm

cc: Lara Treinis-Gatz (via ECF)